PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dante Dixon        Cr. 01-00090-001(ED/NY Rule 20)
                                     & Cr. 01-00999-001 (D/NJ)

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: October 1, 2001

Original Offense: Two Counts of Conspiracy to Commit Credit Card Fraud (18 U.S.C. § 1029(b)(2))

Original Sentence: 75 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 05/07/07

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall participate in budget and/or credit counseling as directed by the U.S. Probation Office.

## CAUSE

Prior to beginning his term of supervision, the offender obtained a combination of 10 credit and charge cards while at the halfway house. By the time Dixon commenced his supervised release term, he owed approximately $10,522 in new credit card debt. At that time, the offender was directed to stop making additional charges because he demonstrated that his expenses exceeded his income and would not be able to meet the minimum monthly combined credit card payments. The offender agreed to pay down his credit and charge card expenses and to stop making additional charges unless he was in compliance with the Court's restitution order. On November 8, 2007, a second credit report revealed that the offender's combined total debt had increased to $21,145. In addition, seven of the 10 creditors closed Dixon's accounts due to failure to make timely payments. The offender's use of credit and charge cards is alarming because an element of his actions during the commission of the instant offense was fraudulently opening credit cards, maximizing the credit limit, and not making any payments.

Respectfully submitted,

By: Donald L. Martenz, Jr.
Senior U.S. Probation Officer
Date: January 9, 2008

PROB 12B - Page 2
Dante Dixon

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-14-08
_____
Date