UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| v. | : | Crim. No. 01-90 (DRD) |
| | : | Crim. No. 01-99 (DRD) |
| DANTE DIXON | : | **ORDER** |

This matter having come before the Court upon the motion of defendant Dante Dixon (by Donald McCauley, A.F.P.D., appearing) for an order extending his February 14, 2010, surrender date, and Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew Kogan, Assistant U.S. Attorney, appearing) having opposed the matter, and the Court having reviewed the submissions by the parties, and the Court having heard argument by the parties on February 8, 2011, and for good cause shown,

IT IS, on this 8th day of February 2011,

ORDERED that the Court hereby grants in part defendant's third motion to extend his surrender date; and it is further

ORDERED that defendant's reporting date is hereby extended to March 16, 2011; and it is further

ORDERED that the Court will not grant a fourth extension of defendant's surrender date.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge