UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 01-90 (DRD) |
| Plaintiff, : | Crim. No. 01-99 (DRD) |
| v. : | **O R D E R** |
| DANTE DIXON : | |
| Defendant. : | |

It appearing to the Court that:

1. On January 16, 2005, the Court sentenced Defendant Dante Dixon to seventy-five months' imprisonment, a period of supervised release and restitution of more than $1,500,000.

2. Dixon began his term of supervised release on May 7, 2007.

3. On or about July 7, 2010 Dante entered a plea of guilty to a charge of violation of a condition of supervised release by associating with a felon without permission.

4. As part of the plea agreement Dante agreed that a sentence within the applicable Guideline Range of seven to thirteen months was reasonable and that he would not seek a sentence of less than seven months imprisonment.

5. On August 17, 2010 the Court sentenced Dante to seven months imprisonment to be followed by a period of one year of supervised release.

6. After three extensions of the surrender date that Dante requested, he surrendered on March 16, 2011.

7. By letter to the Court dated May 21, 2011, Dante requested, among other relief, that he be placed in home confinement for the remainder of his sentence because "I can no longer

physically or mentally handle any more prison time," and in order that he can "pursue a degree in ministerial studies."

8. The Court finds that it does not have jurisdiction to hear this request and that if it did, the request would have to be denied as totally lacking in merit.

Now, therefore, it is this 27th day of May, 2011,

**ORDERED** that defendant Dante Dixon's application to be placed in home confinement for the remainder of his confinement is denied.

                                                      _____
                                                      DICKINSON R. DEBEVOISE
                                                      U.S.S.D.J.